1  DANIEL S. GRUBER, STATE BAR NO. 113351
   GRUBER & GRUBER
2  15165 Ventura Blvd., Suite 400
   Sherman Oaks, California 91403
3  Telephone:  (818) 981-0066
   Facsimile:   (818) 981-2122
4  E-Mail: dgruber@gruberlawfirm.com;
   csmith@gruberlawfirm.com
5
   Attorneys for Plaintiff,
6  Susan Heaton

7

8                 UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  SUSAN HEATON,                    )    CASE NO: 06 CV 1403 JLS (NLS)
                                     )
12           Plaintiff,              )
                                     )    **ORDER GRANTING EX PARTE**
13  vs.                              )    **APPLICATION TO CONTINUE**
                                     )    **THE  DEADLINE  TO  FILE**
14  PRUDENTIAL INSURANCE             )    **OBJECTIONS TO REPORT AND**
    COMPANY OF AMERICA; ISIS         )    **RECOMMENDATION**
15  PHARMACEUTICALS, INC., LONG      )
    TERM DISABILITY PLAN;            )
16                                   )
                                     )
17           Defendants.             )
                                     )
18  _____ )

19          The EX PARTE APPLICATION TO CONTINUE  THE DEADLINE TO FILE

20  OBJECTIONS REPORT AND RECOMMENDATION is hereby granted.  The deadline

21  to file the objections to the Report and Recommendation is continued to October 17, 2007

22  and the defendants' date to respond is extended to October 27, 2007.

23          **IT IS SO ORDERED.**

24

25  DATED:  October 12, 2007

26

27                                   _____
                                     Honorable Janis L. Sammartino
28                                   United States District Judge

                                     1